

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-14-00239-CV

CHI VAN NGUYEN D/B/A FIRST SIGN PRODUCTION, Appellant

V.

ANNIE BUI D/B/A HYLAI TAILOR, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County.  (Tr. Ct. No. 1024207).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 21st day of April 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on February 3, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Chi Van Nguyen d/b/a First Sign Production, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 21, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 3, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

